
Rabbi Howard L. Jaffe



To whomever it may concern:

I am the Rabbi Emeritus of Temple Isaiah in Lexington, Massachusetts and have known David Smerling and his family since I began my tenure there in 2000.

During my 22 years at Temple Isaiah, I had a great deal of interaction with David, and countless opportunities both to work with him, as well as to observe the various acts of service he performed for our community.

One of the ways in which David was most active at Temple Isaiah, as a musical worship leader, and he and I co-officiated many worship services together. David's involvement in Temple Isaiah, and the larger community, however, was much more substantial than that. It would not be an overstatement to say that I would be hard-pressed to think of another member of our congregation who was more present for whatever was needed at any time, and who served the community more thoroughly and consistently than did David. He was a warm, generous presence, who contributed more to fulfilling the mission of our congregation and to its vitality than I can express.

If I can be of further assistance in any way. Please do not hesitate to be in touch

Yours most sincerely,

*Howard L Jaffe*

**Temple Isaiah**
55 Lincoln Street
Lexington, MA 02421