UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                  )<br>                                                     )<br>DAVID SMERLING                        )<br>                                                     )<br>           Defendant                     ) | Criminal No. 25-10037-RGS |

### [PROPOSED] ORDER

Pursuant to 18 U.S.C. § 3664(i), the Court orders the Clerk' Office to distribute the first $10,000 of restitution collected in the above-captioned case to Victim D (VIN 7736888). Any sums collected above that amount shall be distributed pro rata among all the victims.

_____                                  _____
Date                                                                  HON. RICHARD G. STEARNS
                                                                              United States District Judge